Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

FILED
2017 JUN -5 P 1:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

Chenetha Lindsey
_____
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a pro se complaint.)*

-v-

The Bridge Rehab
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 5:15-mc-01528-HGD
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Chenetha Lindsey
   Street Address: 456 Edgemont Circle
   City and County: Huntsville Al
   State and Zip Code: 35811
   Telephone Number: (256) 964-0935
   E-mail Address: chenethawright@yahoo.com

☐ Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.

_____        _____
Date                                        Participant Signature

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name:  The Bridge Rehab
  Job or Title *(if known)*:
  Street Address: 3232 Key Springs Rd
  City and County: Gadsden Al
  State and Zip Code: 35901
  Telephone Number: (256)546-6324
  E-mail Address *(if known)*:

Defendant No. 2
  Name:
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 3
  Name:
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

- Name: The Bridge Rehab
- Street Address: 3232 Hay Springs Rd
- City and County: Gadsden Al
- State and Zip Code: 35904
- Telephone Number: (256) 546-6324

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

[ ] Other federal law *(specify the federal law)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐ Relevant state law *(specify, if known)*: _____

☐ Relevant city or county law *(specify, if known)*: _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☑ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☐ Retaliation.
☑ Other acts *(specify)*: My hours of work were cut down PRN because of me talking to clients about spiritual things after speaking with the program manager J. I learned why I was taken off the schedule and not givin my hours back

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

3/18/15

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

Page 4 of 7

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☐ gender/sex
- ☑ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:
- ☐ has not issued a Notice of Right to Sue letter.
- ☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.
☐  less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/5/17

Signature of Plaintiff   Chenetta Lindsey
Printed Name of Plaintiff   Chenetha Lindsey

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

F. The facts of the case are as follows.

The Bridge Inc houses teen boys between the ages of 13 & 19 most of which are court ordered to be there. I was a treatment aide in the Northwood program under program manager Mertel Hall and supervisor Mrs. Wallace. I did my job as a T.A. and also tried to uplift the clients and give them hope for a better future which is part of real treatment for someone with an addiction. I feel as though I was singled at and done away with by the action of Mertell Hall. I was not the only employee that talked about spiritual things with the clients. My supervisor Mrs. Wallace would pray aloud over the clients, but Mrs. Wallace was never disiplined. I was taken off the schedule and made to retake new hire classes that I already had taken when I was hired. After I finished the classes it took a while for Mr. Hall to get with me to speak about my schedule. During this meeting I was givin a disciplinary notice and not put back on the schedule.



# The Bridge, Inc.
## EMPLOYEE DISCIPLINARY NOTICE

EMPLOYEE NAME __Chanethia Lindsey__   DATE OF DISCIPLINE __3/18/15__

EMPLOYEE # _____   DEPARTMENT __Northwood__   SHIFT _____

**TYPE OF VIOLATION**

CATEGORY: I ☐   II ☐   III ☐   CODE: _____

DATE OF VIOLATION: _____   TIME OF VIOLATION: _____   AM   PM

**PREVIOUS DISCIPLINE**

|  | ORAL | WRITTEN | SUSPENSION | DATE | BY WHOM |
| --- | --- | --- | --- | --- | --- |
| 1ST WARNING |  |  |  |  |  |
| 2ND WARNING |  |  |  |  |  |
| 3RD WARNING |  |  |  |  |  |

**DESCRIBE VIOLATION**

Program Manager began received complaints against Ms. Lindsey stating that she would share spiritual ministry to clients even when clients did not desire it. Program Manager previously met with Ms. Lindsey on 2/19/15 and discussed these complaints, reviewing the importance of respecting client's wishes as well as the expectation of operating within the role of the TA position. Ms. Lindsey acknowledged that she understood the expectations however shared she would continue her behaviors of ministry because "that's what God want" her to do. Program received another complaint from a client stating the same behaviors. When Program Manager addressed concerns with these behaviors with Ms. Lindsey again, she stated she was doing "what God" wanted her to do.

**EMPLOYEE COMMENTS**

_____

_____

**ACTION TO BE TAKEN:** ☐ Oral Admonishment  ☐ Written Warning  ☐ Suspension  ☐ Dismissal

If the violation is a written or suspension, the following date is for a follow-up meeting: _____

If the violation is a suspension, the suspension date will be served on: _____

I have read the Employee Disciplinary Notice and understand it. I understand that, except for my comments made above, my signature on this Notice does not indicate my agreement or disagreement with this Disciplinary Notice, only that I have read and understand it. I understand that written Appeal may be made within forty-eight hours of the disciplinary action or termination.

__Refused to Sign__   
**Signature of Employee**   Date

__[signature]__   __3/18/15__
**Signature of Supervisor Who Issued Disciplinary Notice**   Date

_____   _____
**Signature of Human Resources Supervisor**   Date



To: jherring@bridgeinc.org

Complaint

Good morning Mr. Herring. I am writing you in regards to the displinary action taken against me while working at the Bridge. I was disciplined by Program Manager Mertell Hall because of my spiritual beliefs .I am writing this complaint for lose of wages and disciplinary actions taken against me for my spiritual beliefs .I faxed you a copy of the displinary notice. After speaking with Mr. Hall several times I was taken off the schedule and asked to attend new hire classes which I did promptly on completion of these classes I meet once more with Mr. Hall about my schedule during this talk I was informed that I would not be put back on the schedule until he could work me in because while I was off the schedule he hired new people and that I would be called in to work on an as needed basis and also he stated that this measure was taken because of complaints from clients stating that I forced my beliefs on them , which is not true, I did my job as a treatment aide and never forced any thing on any body, I didn't sign the displinary because it is not true. I did my job and also tried to uplift the clients and give them hope for a better future which is a part of real treatment for some one with an addiction I feel as though I was singled out and done away with because of the actions of Mertell Hall. I was not the only employee that talked to the clients about spiritual thing but I am the only one that was disciplined .I look forward to your prompt response .



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Status Line: 866-408-8075
Birmingham Direct Dial: (205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105

June 17, 2015

Chenetha Lindsey
517 Lisa Lane
Huntsville, AL 35811

Re:   Chenetha Lindsey v. The Bridge Reha
       Charge Number 846-2015-26853

Dear Ms. Lindsey

The Commission is charged by statute with receiving charges of discrimination and, where appropriate, conducting an investigation into the allegation of those charges. In some instances after the charge has been filed with the Commission, the Charging Party or Charging Party Attorney may seek from the Commission a letter authorizing suit to be filed in court seeking relief for the discriminatory conduct alleged in the charge. We are in receipt of such a letter from you regarding the above charge.

We are only authorized to grant request for right to sue letter when (1) the charge has been pending with the Commission for more than 180 days or (2) based upon workload we are able to certify that the investigation required will not be completed within a 180 day period. Neither of these conditions is met in the above charge. We have a good faith belief that we can complete investigation into the allegations within the prescribed period. We understand that some courts may view this process as either a jurisdictional prerequisite or a statutory precondition. In either case our regulations authorize issuance in the manner and at the time mentioned herein.

**If it is your intent to proceed notwithstanding the Commission's position, please advise in writing and a Right to Sue will be issued.** Otherwise the Commission will not honor your request at this time. We will proceed with the investigation and if it later appears that the investigation required will not be completed within a 180 day period, you may then submit your request for new consideration.

If there are further questions, please contact me at (205) 212-2071 or michele.harris@eeoc.gov.

On Behalf of the Commission

*Michele Harris*
Michele Harris, Investigator

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* **this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



**U.S. Equal Employment Opportunity Commission**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street
Birmingham, AL 35205
(205) 212-2148
TTY (205) 212-2112
Fax: (205) 212-2105

Respondent: THE BRIDGE REHAB
EEOC Charge No.: 846-2015-26853

Chenetha Lindsey
517 Lisa Ln
Huntsville, AL 35811

Dear Ms. Lindsey:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

   [ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

   [ ]     The Age Discrimination in Employment Act (ADEA)

   [ ]     The Americans with Disabilities Act (ADA)

   [ ]     The Equal Pay Act (EPA)

   [ ]     The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

   (1) Review the enclosed charge form and make corrections.

   (2) Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

   (3) Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court.

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process. If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

Michele R. Harris
Investigator
(205) 212-2071

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

rm 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Chenetha Lindsey<br>517 Lisa Ln<br>Huntsville, AL 35811 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2015-26853 | Michele R. Harris,<br>Investigator | (205) 212-2071 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[x] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature] Roshaunda Ove for*

Delner Franklin-Thomas,
District Director

JUL 3 0 2015
(Date Mailed)

Enclosures(s)

cc:

**THE BRIDGE REHAB**
c/o Jim Herring, Corporate Compliance Director
3232 Lay Springs Rd.
Gadsden, AL 35904